UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROMISH HOLDINGS, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>INCLUSION, INC., & JANNA MILLER,<br><br>     Defendants. | Case No. 1:15-cv-00126-BLW<br><br>**ORDER** |

The Court has before it Defendants' Second Motion for Entry of Default Judgment (Dkt. 30). The Court finds that the Declaration of Janna Miller (Dkt. 30-1) satisfies the request for default judgment in the amount of $32,880.00. Fed.R.Civ.P. 55(b).

### ORDER

1. Defendants' Second Motion for Entry of Default Judgment (Dkt. 30) is **GRANTED**. Defendants shall have judgment against Romish holdings in the amount of $32,880.00.

2. The Court will enter a separate Judgment in accordance with Fed.R.Civ.P. 58.



DATED: November 17, 2015

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**