UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROMISH HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INCLUSION, INC., & JANNA MILLER,<br><br>    Defendants. | Case No. 1:15-cv-00126-BLW<br><br>**JUDGMENT** |

In accordance with the Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Judgment be entered in favor of Inclusion, Inc., and Janna Miller against Romish Holdings, LLC in the amount of $32,880.00.

DATED: November 17, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court

**JUDGMENT - 1**